IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| HEON YOO, | § | |
| Petitioner, | § | |
| | § | |
| V. | § | Civil Action No. 4:21-CV-411-O |
| | § | |
| ERIC WILSON, Warden, | § | |
| FMC-Fort Worth, | § | |
| Respondent. | § | |

**ORDER AND NOTICE OF DEFICIENCY**

Petitioner, Heon Yoo, has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 (ECF No. 1). Upon review of the papers and pleadings filed in the above styled and numbered cause, the following deficiency appears:

( **X** )   The $5.00 filing fee for habeas petitions has not been paid nor have an application to proceed *in forma pauperis* and certificate of inmate trust account been submitted.

**The clerk of the Court shall take the following indicated action:**

( **X** )   A copy of this order shall be mailed to Petitioner. No further process shall issue except upon order of the Court.

( **X** )   A form Application to Proceed In Forma Pauperis and Certificate of Inmate Trust Account shall be mailed to Petitioner for completion and return to the clerk of Court within the time period set forth below.

It is hereby **ORDERED** that Petitioner shall cure the aforementioned deficiency by submitting the $5.00 filing fee or by completing and returning the Application to Proceed In Forma Pauperis accompanied by the Certificate of Inmate Trust Account, or institutional equivalent, to the clerk of Court within thirty (30) days. Failure to comply with this order will result in dismissal of the petition for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b) without further notice.

**SO ORDERED** on this 9th day of March, 2021.

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**