IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| HEON YOO, | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | Civil Action No. 4:21-CV-411-O |
| | § | |
| ERIC WILSON, Warden, | § | |
| FMC-Fort Worth, | § | |
| Respondent. | § | |

**ORDER PERMITTING PROCEEDING IN THE DISTRICT COURT AND SPECIFYING FURTHER ACTION BY THE CLERK OF COURT**

( **X** ) The filing fee in the amount of $5.00 has been tendered.

(   ) Pursuant to the provision of 28 U.S.C. § 1915, permission is hereby granted for the above named petitioner to proceed *in forma pauperis* in this action.

    **It is therefore ORDERED that the Clerk of the Court shall take the following indicated action, and the parties shall comply with the following directives:**

( **X** )   On behalf of Respondent, a copy of the petition for writ of habeas corpus, any accompanying brief/memorandum in support, pending motions, and/or any orders shall be served electronically on the United States Attorney for the Northern District of Texas.[1] N.D. TEX. L. CIV. R. 5.1(e). Responsive pleadings must be filed by him within sixty (60) days from the date of this order. A copy of this order and all responsive pleadings should be served on Petitioner by mail.

    Although Petitioner is not required to file a Reply, any Reply Brief must be no more than <u>10 pages</u> in length and must be filed within thirty (30) days following service of Respondent's response/answer. Such reply brief must be limited to a reply to Respondent's argument. Under no circumstances will any statement or argument set forth in a reply brief be considered as a part of the pleadings so as to advance new grounds for relief or to supplement any ground or supporting facts set out in the petition. A copy of any reply must be served upon counsel for the Respondent, and a certificate reflecting such service shall be included in the reply.

    Thereafter, any further pleadings by Petitioner or the United States Attorney should only be with permission or by order of the Court.

    **SO ORDERED** on this 6th day of April, 2021.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**

---

[1] Such service shall be directed to the attention of the Deputy Civil Chief, United States Attorney's Office, Fort Worth Division.