IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| HEON YOO,<br><br>    Petitioner,<br><br>v.<br><br>ERIC WILSON, Warden, FMC-Fort Worth,<br><br>    Respondent. | Civil Action No. 4:21-CV-411-O |

## CERTIFICATE OF INTERESTED PERSONS

This is to certify that other than the parties to this case, the undersigned is currently unaware of any person, organization, or other legal entity with a financial interest in the outcome of this case.

DATED:  June 1, 2021.

                                            Respectfully submitted,

                                            PRERAK SHAH
                                            ACTING UNITED STATES ATTORNEY
                                             /s/ Ann E. Cruce-Haag
                                            ANN E. CRUCE-HAAG
                                            Assistant United States Attorney
                                            Texas Bar No. 24032102
                                            1205 Texas Avenue, Suite 700
                                            Lubbock, Texas 79401
                                            Telephone:   (806) 472-7351
                                            Facsimile:   (806) 472-7394
                                            Email:        ann.haag@usdoj.gov

                                            Attorneys for Respondent

## CERTIFICATE OF SERVICE

On June 1, 2021, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ Ann E. Cruce-Haag
ANN E. CRUCE-HAAG
Assistant United States Attorney

Certificate of Interested Persons – Page 2