IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| HEON YOO, | § | |
| Petitioner, | § | |
| | § | |
| V. | § | Civil Action No. 4:21-CV-411-O |
| | § | |
| ERIC WILSON, Warden, | § | |
| FMC-Fort Worth, | § | |
| Respondent. | § | |

## FINAL JUDGMENT

In accordance with its opinion and order signed this day, the petition of Heon Yoo in the above-captioned action pursuant to 28 U.S.C. § 2241 is **DISMISSED** in part for lack of subject matter jurisdiction and in part for mootness.

**SO ORDERED** on this 2nd day of July, 2021.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE